FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2005 MAR -4 A 10:15

MAGISTRATE JUDGE MBB

| | )
|---|---|
| QSL CORPORATION d/b/a WAXCESSORIES and CKQ DESIGNS, INC. | ) )  05  10408  NG |
| Plaintiffs, | ) ) |
| v. | ) ) Civil Action No. |
| ALCO INDUSTRIES, INC., | ) ) |
| Defendant. | ) ) ) |

RECEIPT # 62510
AMOUNT $25
SUMMONS ISSUED yes
LOCAL RULE 4.1 ✓
WAIVER FORM ___
MCF ISSUED ___
BY DPTY. CLK. tou
DATE 3/4/05

COMPLAINT AND JURY DEMAND

Plaintiffs QSL CORPORATION d/b/a WAXCESSORIES and CKQ DESIGNS, INC., by their undersigned attorneys, by way of Complaint herein, allege as follows:

1. Plaintiff QSL CORPORATION d/b/a WAXCESSORIES is a Massachusetts corporation having a place of business at 20 Commercial Drive, Dracut, Massachusetts 01826.

2. Plaintiff CKQ DESIGNS, INC. is a Massachusetts corporation having a place of business at 20 Commercial Drive, Dracut, Massachusetts 01826.

3. On information and belief, Defendant ALCO INDUSTRIES, INC. is a New York corporation having a place of business at 111 Melrich Road, Cranbury, New Jersey 08512, and is doing business in this judicial district.

- 1 -

A.  That this court preliminarily and permanently enjoin Defendant, from the manufacture, use, offer for sale, and sale of products that infringe the '205 Patent.

B.  That Defendant provide an accounting for damages regarding its manufacture, use, offer for sale, and sale of the infringing products.

C.  That Plaintiffs be awarded damages adequate to compensate for the infringement, including Defendant's profits pursuant to 35 U.S.C. § 289, but in no event less than a reasonable royalty, together with interest and costs.

D.  That this Court grant such other order and further relief as it deems just and proper.

DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b), Fed. R. Civ. P., Plaintiffs hereby demand trial by jury of all issues so triable.

QSL CORPORATION d/b/a WAXCESSORIES
CKQ DESIGNS, INC.

_____
John L. Welch   BBO No. 522,040
Ian J. McLoughlin   BBO No. 647,203
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02210
617/832-1000

# EXHIBIT A



US00D501205S

## (12) United States Design Patent
Quinn

(10) Patent No.: **US D501,205 S**
(45) Date of Patent: ** **Jan. 25, 2005**

(54) **HOLDER/CHARGING STAND FOR A MOBILE PHONE OR THE LIKE**

(75) Inventor: **Kevin J. Quinn**, Methuen, MA (US)

(73) Assignee: **CKO Designs, Inc.**, Dracut, MA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/201,860**

(22) Filed: **Mar. 22, 2004**

(51) LOC (7) Cl. .................................................. **14-03**
(52) U.S. Cl. .................................................. **D14/253**
(58) Field of Search ................... D14/137, 434, D14/138, 447, 148, 147, 149–151, 140–142, 240, 241, 251–253, 451, 218; 379/426, 449, 419, 420.01–420.04, 428.01–428.04, 440, 454, 455, 446; 455/550.1–90.3; D13/107, 108; 224/670, 197, 271; D3/218; 248/221.11, 231.81; 320/110–115

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D206,590 S | * | 1/1967 | Haggstrom | D13/108 |
| 3,644,873 A | * | 2/1972 | Dalton et al. | 439/299 |
| D275,482 S | * | 9/1984 | Coons et al. | D14/253 |
| 4,741,034 A | * | 4/1988 | Errichiello et al. | 379/455 |
| D313,221 S | * | 12/1990 | Skully et al. | D13/108 |
| D334,384 S | * | 3/1993 | Nye | D14/149 |
| D345,728 S | * | 4/1994 | Tyneski et al. | D13/108 |
| D352,282 S | * | 11/1994 | Toh et al. | D14/150 |
| D357,990 S | * | 5/1995 | Cheng et al. | D26/38 |
| 5,479,486 A | * | 12/1995 | Saji | 455/573 |
| D368,892 S | * | 4/1996 | Tanaka | D13/108 |
| D369,163 S | * | 4/1996 | Leung et al. | D14/150 |
| D369,344 S | * | 4/1996 | Lindeman et al. | D13/108 |
| 5,525,888 A | * | 6/1996 | Toya | 320/111 |
| D385,252 S | * | 10/1997 | Snyder et al. | D13/108 |
| D396,033 S | * | 7/1998 | Ahearn et al. | D14/457 |
| D399,244 S | * | 10/1998 | Coveley | D18/12 |
| 5,946,637 A | * | 8/1999 | Umbach et al. | 455/573 |
| D417,431 S | * | 12/1999 | Okura et al. | D13/108 |
| D422,556 S | * | 4/2000 | Okura et al. | D13/107 |
| D428,597 S | * | 7/2000 | Murata et al. | D13/108 |
| 6,130,521 A | * | 10/2000 | Collins et al. | 320/115 |
| D433,991 S | * | 11/2000 | Buchin et al. | D13/108 |
| D451,498 S | * | 12/2001 | Rossel | D14/218 |
| D460,446 S | * | 7/2002 | Hughes et al. | D14/253 |
| D463,361 S | * | 9/2002 | Ruohonen | D13/108 |
| 6,509,716 B2 | * | 1/2003 | Yi | 320/115 |
| D471,578 S | * | 3/2003 | Okuley | D16/242 |
| 6,534,953 B2 | * | 3/2003 | Shirakawa | 320/114 |
| D475,346 S | * | 6/2003 | McCurrach et al. | D13/108 |
| D477,823 S | * | 7/2003 | Lavello, Sr. | D14/253 |
| D480,393 S | * | 10/2003 | Toor et al. | D14/253 |
| D486,786 S | * | 2/2004 | Eroma et al. | D13/108 |

FOREIGN PATENT DOCUMENTS

WO    DM/061400    * 7/2002

* cited by examiner

*Primary Examiner*—Jeffrey Asch
(74) *Attorney, Agent, or Firm*—John L. Welch

(57) **CLAIM**

The ornamental design for a holder/charging stand for a mobile phone or the like, as shown and described.

**DESCRIPTION**

FIG. 1 is perspective view of the holder/charging stand for a mobile phone or the like according to our new design, as seen from the left front corner thereof.
FIG. 2 is right side elevational rear view thereof, the left side elevational view being a mirror image thereof.
FIG. 3 is a front elevational view thereof; and,
FIG. 4 is a top plan view thereof.

**1 Claim, 1 Drawing Sheet**



**U.S. Patent**  Jan. 25, 2005  **US D501,205 S**



FIG. 1



FIG. 4



FIG. 3

FIG. 2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) QSL Corporation d/b/a Wakcessories v. Alco Industries, Inc.

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   ☐ I. 160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   ☑ II. 195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730,  *Also complete AO 120 or AO 121
        740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.           for patent, trademark or copyright cases

   ☐ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
          315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
          380, 385, 450, 891.

   ☐ IV. 220, 422, 423, 430, 460, 480, 490, 610, 620, 630, 640, 650, 660,
         690, 810, 861-865, 870, 871, 875, 900.

   ☐ V. 150, 152, 153.

   FILED IN CLERK'S OFFICE
   2005 MAR -4 A 10:45
   U.S. DISTRICT COURT
   DISTRICT OF MASS.

   05 10408 NG

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.
   QSL Corporation and CKQ Designs, Inc. v. Figi Acquisition Company LLC, C.A. No. 05-10395-NG

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES ☐   NO ☑

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES ☐   NO ☑
   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES ☐   NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES ☐   NO ☑

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES ☑   NO ☐

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division ☑   Central Division ☐   Western Division ☐

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division ☐   Central Division ☐   Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES ☐   NO ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME   John L. Welch
ADDRESS   Foley Hoag, LLP, 155 Seaport Boulevard, Boston, MA 02210
TELEPHONE NO.   (617) 832-1000

(CategoryForm.wpd - 2/15/05)

≈JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
QSL Corporation d/b/a Waxcessories and CKQ Designs, Inc.

**DEFENDANTS**
Alco Industries, Inc.

FILED IN CLERKS OFFICE
2005 MAR -4  A 10: 45

(b) County of Residence of First Listed Plaintiff: **Middlesex**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED. DISTRICT OF MASS.

(c) Attorney's (Firm Name, Address, and Telephone Number)
John L. Welch, Esq., Foley Hoag, LLP
155 Seaport Boulevard, Boston, MA 02210  (617) 832-1000

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☒ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): _____
Brief description of cause: design patent infringement

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE Gertner   DOCKET NUMBER 05-10395-NG

DATE: 3-3-02
SIGNATURE OF ATTORNEY OF RECORD: /s/ John L. Welch

**FOR OFFICE USE ONLY**
RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____