UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| QSL CORPORATION, d/b/a WAXCESSORIES and CKQ DESIGNS, INC.<br><br>        Plaintiffs,<br><br>    v.<br><br>ALCO INDUSTRIES, INC.,<br><br>        Defendant. | CIVIL ACTION No. 05-10408 NG |

**NOTICE OF DISMISSAL**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs QSL CORPORATION d/b/a WAXCESSORIES and CKQ DESIGNS, INC., by its undersigned attorneys, hereby give notice of the dismissal of the above-referenced action.

                            QSL CORPORATION d/b/a WAXCESSORIES
                            and CKQ DESIGNS, INC.,

                            */s/ John L. Welch*
                            John L. Welch, BBO No. 522,040
                            Ian J. McLoughlin, BBO No. 647,203
                            FOLEY HOAG LLP
                            155 Seaport Boulevard
                            Boston, MA  02210
                            617/832-1000

Dated: <u>May 26, 2005</u>